IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| WILLIAM ROBERT MCMURRAY and ) | |
| FREIDA MARIE MCMURRAY, ) | Case No. 98-20851 |
| Debtors. ) | |
| ) | |

## MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY

Comes now John C. Reed, Trustee in the above-identified Chapter 7 bankruptcy proceeding, and moves this Court to enter its Order authorizing the Trustee to pay funds into the Court Registry. In support of this Motion Trustee states as follows:

1. John C. Reed is the duly appointed and acting Trustee in the above-identified Chapter 7 bankruptcy proceeding.

2. This Court approved a distribution by Order dated July 22, 2010.

3. Pursuant to said distribution the Trustee did send a check for $944.59 to First North American National Bank, P.O. Box 42395, Richmond, VA 23236-5689.

4. Said check has not been cashed.

5. Pursuant to said distribution the Trustee did send a check for $1,613.31 to First North American National Bank, P.O. Box 42395, Richmond, VA 23236-5689.

6. Said check has not been cashed.

7. After investigation Trustee believes that First North American National Bank no longer exists.

8. Trustee requests enter its Order authorizing Trustee to pay the $2,557.90 into the Court Registry.

Wherefore, Trustee prays this Court enter its Order authorizing Trustee to pay $2,557.90 into the Court Registry on two claims by First North American National Bank and for such further relief as the Court deems just and proper.

PLETZ AND REED, P.C.

By:   /s/ John C. Reed
     John C. Reed, Trustee
     325 Jefferson Street
     Post Office Box 1048
     Jefferson City, MO 65102
     Telephone: (573) 635-8500
     FAX: (573) 634-3079

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2011, a true copy of the Motion to Deposit Funds into Court Registry was sent by United States Mail, postage prepaid to Ms. Janice Harder, 3610 Buttonwood Drive, Ste 200, Columbia, MO 65201, Attorney for Debtors; and United States Trustee, United States Courthouse, 400 East 9th Street, Room 3440, Kansas City, MO 64106.

/s/ John C. Reed
John C. Reed